STANLEY J. KARTCHNER
Chapter 7 Trustee
7090 N. Oracle Rd. #178-204
Tucson, AZ 85704
Telephone: (520) 742-1210


## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA


|  |  |  |
|---|---|---|
| In re | ) | CHAPTER 7 |
|  | ) |  |
| CARRANZA, CECILIA | ) | CASE NO. 4-09-24459-JMM |
|  | ) |  |
| Debtor(s). | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

### ORDER ON TRUSTEE'S OBJECTION TO CLAIM NO. 1

        Stanley J. Kartchner, having objected to claim No. 1, and after due notice by mail to the claimant, and the claimant having failed to respond in a timely manner, and good cause appearing,

        IT IS HEREBY ORDERED:

        Trustee's objection is sustained and the following claim:

No.:_____1_____ Filed on: 10/19/09 for $15,004.61,
by or on behalf of Name: LAND ROVER CAPITAL GROUP
Address: Land Rover Capital Group

        P O Box 553179

        Detroit MI 48255-3179

**Is hereby disallowed.**


_____        _____
      DATE                       UNITED STATES BANKRUPTCY JUDGE