IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | CHAPTER 7 |
| | ) | |
| CECILIA CARRANZA | ) | CASE NO. 4-09-24459-JMM |
| | ) | |
| Debtor(s). | ) | **NOTICE OF TRUSTEE'S INTENT** |
| | ) | **TO ABANDON PROPERTY** |
| _____ | ) | |

Notice is given that Stanley J. Kartchner, Trustee, proposes to abandon the following-described property on the grounds that it is burdensome and of inconsequential value to the estate:

5362 S. Crown Jewel Dr., Tucson, AZ 85706. Scheduled value: $80,000; scheduled liens: $90,000; trustee net nonexempt value: $0.

Any person opposing the abandonment shall file a written objection with the Clerk of the United States Bankruptcy Court, 38 S Scott Ave., Tucson AZ 85701. The objection must be filed within 15 days from the date of the mailing of this Notice. The date of mailing can be obtained by a review of the file with the Clerk of the U.S. Bankruptcy Court. A copy of the objection shall be mailed forthwith to the trustee at the following address:

Stanley J. Kartchner, 7090 N. Oracle Rd., #178-204, Tucson AZ 85704. (520) 742-1210.

If a party in interest timely objects to the abandonment in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the property will be deemed abandoned without a court order having been entered.

DATED: February 24, 2011

/s/ SJK
_____
STANLEY J. KARTCHNER, TRUSTEE